USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 12/9/2019

**LAW OFFICES OF NOLAN KLEIN, P.A.**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

Hector V. Ramirez, Esq.
ramirez@nklegal.com

December 9, 2019

**VIA ECF**
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

   *Re:*  *Mercer v. 19 Seabreeze Co.*
      *SDNY Case No.: 19-cv-09481*

Dear Judge Torres,

  This office represents the Plaintiff, STACEY MERCER, in the above-captioned case. An initial pre-trial conference is scheduled for December 16, 2019 at 1:40 p.m.

  To date, Counsel for Defendant, 19 SEABREEZE CO., has not filed an appearance. On October 16, 2019, a request waiver of service was sent and an attorney communicated with us and it was anticipated that a waiver would be filed. However, none was ever received. We have requested a summons to be issued and service of process will be forthcoming. As such, Plaintiff respectfully requests that this Court adjourn the conference to an alternate date and time to allow Defendant to make an appearance. This is our first request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates.

  We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:  */s/ Hector V. Ramirez*
   HECTOR V. RAMIREZ, ESQ.
   (HR3270)

GRANTED. The initial pretrial conference scheduled for December 16, 2019, is ADJOURNED to **January 23, 2020**, at **11:20 a.m.**

SO ORDERED.

Dated: December 9, 2019
   New York, New York

ANALISA TORRES
United States District Judge