USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:_____
DATE FILED: 1/17/2020

**LAW OFFICES OF NOLAN KLEIN, P.A.**

5550 GLADES ROAD, SUITE 500
BOCA RATON, FL 33431
PH: (954) 745-0588

ramirez@nklegal.com

January 16, 2020

**VIA ECF**
Honorable Judge Analisa Torres
Southern District of New York
500 Pearl Street
New York, NY 10007

    Re:    <u>Mercer v. 19 Seabreeze Co.</u>
             <u>SDNY Case No.: 19-cv-09481</u>

Dear Judge Torres,

    This office represents the Plaintiff, STACEY MERCER, in the above-captioned case. An initial pre-trial conference is scheduled for January 23, 2020 at 11:20 a.m.

    On December 9, 2019, an Order was entered adjourning the conference to January 23, 2019. On even date, a summons was issued. At this time, service of process is still being effectuated upon Defendant and we are still attempting to make contact with the Defendant. Plaintiff previously sought a waiver of service pursuant to rule 4(k). An attorney communicated with us on behalf of Defendant, but never provided the waiver. As such, Plaintiff respectfully requests that this Court adjourn the conference *sine die* to allow service to be completed and for Defendant to make an appearance. This is our second request for an adjournment of this conference, and the request will not prejudice any parties or affect any other scheduled dates. If a timely appearance is not made, plaintiff will seek a default.

    We thank the Court for your time and consideration in this matter.

Respectfully Submitted,

**Law Offices of Nolan Klein, P.A.**

By:    */s/ Hector V. Ramirez*
       HECTOR V. RAMIREZ, ESQ.
       (HR3270)

---

GRANTED in part, DENIED in part. The initial pretrial conference scheduled for January 23, 2020, is ADJOURNED to **March 16, 2020**, at **11:20 a.m.** By **March 9, 2020**, the parties shall file their joint letter and proposed case management plan.

SO ORDERED.

Dated: January 17, 2020
       New York, New York

*[signature]*

ANALISA TORRES
United States District Judge